**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| JEFFREY ALLEN DOBRICK | ) | CASE NO. 09-13429 |
| KENDRA MARIE DOBRICK, | ) | Chapter 7 |
| | ) | |
| DEBTOR(S). | | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| City Utilities | 1 East Main Street<br>Room 270<br>Fort Wayne, IN 46802 | $1.16 |
| LVNV Funding LLC | Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | $2.34 |
| Sallie Mae, Inc. on behalf of United Student Aid Funds, Inc. | Attn: Bankruptcy Litigation<br>  Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | $2.97 |
| American Infosource LP as agent for T-Mobile/T-Mobile USA, Inc. | P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | $4.76 |
| American Infosource LP as agent for T-Mobile/T-Mobile USA, Inc. | P.O. Box 248848<br>Oklahoma City, OK 73124-8848 | $3.68 |
| | Total | $14.91 |

**WHEREFORE**, Trustee is depositing the total sum of $14.91 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: January 7, 2011**

                                        **Respectfully submitted,**

                                        **CHAPTER 7 TRUSTEE**
                                        **444 EAST MAIN STREET**
                                        **FORT WAYNE, INDIANA 46802**
                                        **TELEPHONE: (260) 426-0444**
                                        **FAX: (260) 422-0274**
                                        **EMAIL: mseifert@hallercolvin.com**

                                        **BY: /s/ Martin E. Seifert**
                                            **MARTIN E. SEIFERT**
                                            **I.D. #16857-02**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 7th day of January, 2011, to:

> Richard L. Williams, Esq.
> 809 South Calhoun
> Suite 303
> Fort Wayne, IN 46802
>
> United States Trustee
> 555 One Michiana Square
> 100 East Wayne Street
> South Bend, Indiana 46601
>
> City Utilities
> 1 East Main State
> Room 270
> Fort Wayne, IN 46802
>
> LVNV Funding LLC
> Resurgent Capital Services
> P.O. Box 10587
> Greenville, SC 29603-0587
>
> Sallie Mae, Inc. on behalf of
>  United Student Aid Funds, Inc.
> Attn: Bankruptcy Litigation Unit E3149
> P.O. Box 9430
> Wilkes-Barre, PA 18773-9430
>
> American Infosource LP as agent for
> T-Mobile/T-Mobile USA, Inc.
> P.O. Box 248848
> Oklahoma City, OK 73124-8848

                                                  /s/ Martin E. Seifert
                                                  **MARTIN E. SEIFERT**